## CIVIL COVER SHEET ATTACHMENT

### Related Cases

| Case Name | Case Number | Court |
|---|---|---|
| Patent Armory Inc. v. LG Electronics USA, Inc. | 6-23-cv-00326 | WDTX |
| Patent Armory Inc. v. Samsung Electronics America, Inc. | 2-23-cv-00199 | EDTX |
| Patent Armory Inc. v. Bang & Olufsen A/S | 6-23-cv-00508 | WDTX |
| Patent Armory Inc. v. Pioneer Electronics (USA) Inc. | 1-23-cv-00781 | DDE |
| Patent Armory Inc. v. Bose Corporation | 2-23-cv-00335 | EDTX |
| Patent Armory Inc. v. Boss Audio, Inc. | 2-23-cv-03973 | DNJ |
| Patent Armory Inc. v. Creative Technology, Ltd. | 6-23-cv-00543 | WDTX |
| Patent Armory Inc. v. Sony Corporation | 2-23-cv-00350 | EDTX |
| Patent Armory Inc. v. Devialet SA | 6-23-cv-00544 | WDTX |
| Patent Armory Inc. v. Guangzhou DSPPA Audio Co., Ltd. | 6-23-cv-00545 | WDTX |
| Patent Armory Inc. v. Hisense Co., Ltd. | 6-23-cv-00546 | WDTX |
| Patent Armory Inc. v. Sonos, Inc. | 1-23-cv-00823 | DDE |
| Patent Armory Inc. v. Sennheiser Electronic Corporation | 1-23-cv-00824 | DDE |
| Patent Armory Inc. v. Holoplot Inc. | 1-23-cv-00825 | DDE |
| Patent Armory Inc. v. K-array | 6-23-cv-00555 | WDTX |
| Patent Armory Inc. v. Panasonic Corporation | 6-23-cv-00556 | WDTX |
| Patent Armory Inc. v. Yamaha Corporation | 6-23-cv-00557 | WDTX |