# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**PATENT ARMORY INC.,**
*Plaintiff*

V.   **SUMMONS IN A CIVIL CASE**

**SOUND UNITED, LLC,**
*Defendant*

CASE NUMBER: **2:23−CV−04379−EP−MAH**

TO: *(Name and address of Defendant):*

Sound United, LLC
c/o The Corporation Trust Company
Corporation Trust Center 1209 Orange St, Wilmington DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT** _____



**ISSUED ON 2023−08−16 09:17:59**, Clerk
USDC NJD

Civil Action No.    2:23-CV-04379-EP-MAH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Sound United, LLC**
was recieved by me on  **8/26/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **The Corporation Trust Company**, who is designated by law to accept service of process on behalf of **Sound United, LLC** at **1209 Orange Street, Wilmington, DE 19801** on **08/28/2023 at 11:48 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*


My fees are $ 0 for travel and **$ 129.00** for services, for a total of **$ 129.00**.

I declare under penalty of perjury that this information is true.

Date:   08/28/2023

*Server's signature*

**Jerrold Allen**
*Printed name and title*

**2506 Palmyra Ct
Churchville, MD 21208**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to The Corporation Trust Company, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.  Chereme Brooks accepted service.**




Tracking #: **0113079217**