Gregory D. Miller
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601
Telephone: (201) 287-2460
Facsimile: (201) 489-0495
Gregory.Miller@rivkin.com

*Attorney for Defendant, Sound United, LLC.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Patent Armory Inc., <br><br> Plaintiff, <br><br> v. <br><br> Sound United, LLC. <br><br> Defendant. | C.A. No.: 2:23-cv-04379 (EP)(MAH) <br><br> **NOTICE OF APPEARANCE** |

    Gregory D. Miller of Rivkin Radler LLP is admitted to practice in this Court and hereby enters his appearance on behalf of defendant, Sound United, LLC.

Dated: September 15, 2023

                                                                     Respectfully submitted,

                                                                     By: *s/ Gregory D. Miller*
                                                                          Gregory D. Miller
                                                                          **RIVKIN RADLER LLP**
                                                                          25 Main Street
                                                                          Court Plaza North, Suite 501
                                                                          Hackensack, New Jersey 07601
                                                                          Telephone: (201) 287-2460
                                                                          Facsimile: (201) 489-0495
                                                                          Gregory.Miller@rivkin.com

                                                                          *Attorney for Defendant, Sound United, LLC.*