Timothy P. Gonzalez
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601
Telephone: (201) 287-2460
Facsimile: (201) 489-0495
Timothy.Gonzalez@rivkin.com

*Attorney for Defendant, Sound United, LLC.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Patent Armory Inc., <br><br> Plaintiff, <br><br> v. <br><br> Sound United, LLC. <br><br> Defendant. | C.A. No.: 2:23-cv-04379 (EP)(MAH) <br><br> **NOTICE OF APPEARANCE** |

Timothy P. Gonzalez of Rivkin Radler LLP is admitted to practice in this Court and hereby enters his appearance on behalf of defendant, Sound United, LLC.

Dated: September 15, 2023

Respectfully submitted,

By: *s/ Timothy P. Gonzalez*
   Timothy P. Gonzalez
   **RIVKIN RADLER LLP**
   25 Main Street
   Court Plaza North, Suite 501
   Hackensack, New Jersey 07601
   Telephone: (201) 287-2460
   Facsimile: (201) 489-0495
   Timothy.Gonzalez@rivkin.com

   *Attorney for Defendant, Sound United, LLC.*