

WWW.RIVKINRADLER.COM

25 Main Street,
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

GREGORY D. MILLER
PARTNER
(201) 287-2474
gregory.miller@rivkin.com

September 15, 2023

**VIA ECF**
United States District Court Clerk
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    *Patent Armory Inc. v. Sound United, LLC*
               Civil Action No.: 2:23-cv-04379 (EP)(MAH)

Dear Sir/Madam:

    This firm represents Defendant Sound United, LLC ("Defendant") in the above-referenced action. Pursuant to L. Civ. R. 6.1(b), we request an automatic extension to extend Defendant's time within which to answer, move, or otherwise respond with respect to Plaintiff's Complaint ("Complaint") by fourteen (14) days or until October 2, 2023. Plaintiff filed its Complaint on August 11, 2023, and Defendant was served on August 28, 2023. Defendant has not requested a previous extension or adjournment of this deadline. Defendant's time period within which to answer, move or otherwise respond to the Complaint currently expires on September 18, 2023.

    We thank the Court for its attention to this matter.

                      Respectfully submitted,
                      **RIVKIN RADLER LLP**

                      *s/ Gregory D. Miller*
                      Gregory D. Miller

cc:    All Counsel of Record (*via* ECF)