

**RIVKIN RADLER**
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

GREGORY D. MILLER
PARTNER
(201) 287-2474
gregory.miller@rivkin.com

September 27, 2023

**VIA ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  Re: *Patent Armory Inc. v. Sound United, LLC*
     C.A. No.: 2:23-cv-04379-EP-MAH

Dear Judge Hammer:

  This firm represents Defendant, Sound United, LLC ("Defendant"), in the above-referenced matter. We write to respectfully request a three-week extension of Defendant's time to move, answer or otherwise respond to Plaintiff's Complaint (D.E. 1).

  By way of background, on September 18, 2023, Defendant's request pursuant to L. Civ. R. 6.1(b) for an automatic extension of its time to answer, move or otherwise respond to the Complaint was granted, which extended Defendant's deadline from September 18, 2023 to October 2, 2023. Defendant requires additional time to respond to the Complaint and respectfully requests a three-week extension of the current October 2, 2023 deadline. This request, if granted, would extend the deadline to October 23, 2023. Plaintiff consents to this request.

  If the foregoing is amenable to the Court, we respectfully request that Your Honor so order this letter and enter it on the docket. We thank the Court for its attention to this matter.

              Respectfully submitted,
              **RIVKIN RADLER LLP**

              *s/ Gregory D. Miller*
              Gregory D. Miller

cc: All Counsel of Record (via ECF)

66 South Pearl Street, 11th Floor   1301 Riverplace Boulevard   477 Madison Avenue   2649 South Road   926 RXR Plaza
Albany, NY 12207-1533   Jacksonville, FL 32207-9047   New York, NY 10022-5843   Poughkeepsie, NY 12601-6843   Uniondale, NY 11556-0926
T 518.462.3000 F 518.462.4199   T 904.792.8925 F 904.467.3461   T 212.455.9555 F 212.687.9044   T 845.473.8100 F 845.473.8777   T 516.357.3000 F 516.357.3333



Hon. Michael A. Hammer, U.S.M.J.
September 27, 2023
Page 2 of 2

SO ORDERED:

_____
HON. MICHAEL A. HAMMER, U.S.M.J.
9/28/2023