

WWW.RIVKINRADLER.COM

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

GREGORY D. MILLER
PARTNER
(201) 287-2474
gregory.miller@rivkin.com

October 12, 2023

**VIA ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    *Patent Armory Inc. v. Sound United, LLC*
           C.A. No.: 2:23-cv-04379-EP-MAH

Dear Judge Hammer:

    This firm, together with the law firm Knobbe, Martens, Olson & Bear, LLP, represents Defendant, Sound United, LLC ("Defendant"), in the above-referenced matter. Defendant seeks to have Irfan A. Lateef and Matthew Pham of the law firm Knobbe Martens Olson and Bear LLP admitted to this Court *pro hac vice*. In support of this application, please find enclosed the Declarations of Mr. Lateef and Mr. Pham, setting forth their qualifications, admissions and good standing, as well as my own Declaration in support of same.

    Plaintiff has no objection to this application. Enclosed is a proposed Order setting forth the terms of Mr. Lateef and Mr. Pham's *pro hac vice* admission. We respectfully request entry of the Order.

                                                                Respectfully submitted,
                                                                **RIVKIN RADLER LLP**

                                                                *s/ Gregory D. Miller*
                                                                    Gregory D. Miller

cc: All Counsel of Record (via ECF)

66 South Pearl Street, 11th Floor       1301 Riverplace Boulevard       477 Madison Avenue        2649 South Road              926 RXR Plaza
Albany, NY 12207-1533                   Jacksonville, FL 32207-9047     New York, NY 10022-9875   Poughkeepsie, NY 12601-6843  Uniondale, NY 11556-0926
T 518.462.3000 F 518.462.4199           T 904.792.8925 F 904.467.3461   T 212.455.9555 F 212.687.9044  T 845.473.8100 F 845.473.8777  T 516.357.3000 F 516.357.3333