| | |
|---|---|
| Gregory D. Miller<br>Timothy P. Gonzalez<br>**RIVKIN RADLER LLP**<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, New Jersey 07601<br>Telephone: (201) 287-2460<br>Facsimile: (201) 489-0495<br>Gregory.Miller@rivkin.com<br>Timothy.Gonzalez@rivkin.com | Irfan A. Lateef (to be admitted *pro hac vice*)<br>Matthew Pham (to be admitted *pro hac vice*)<br>**KNOBBE MARTENS OLSON AND BEAR LLP**<br>2040 Main Street, 14th Floor<br>Irvine, California 92614<br>Telephone: (949) 760-0404<br>Facsimile: (949) 760-9502<br>Irfan.Lateef@knobbe.com<br>Matthew.Pham@knobbe.com |

*Attorneys for Defendant, Sound United, LLC.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Patent Armory Inc.,<br><br>                Plaintiff,<br><br>v.<br><br>Sound United, LLC<br><br>                Defendant. | C.A. No.: 2:23-cv-04379 (EP)(MAH)<br><br>**DECLARATION OF**<br>**GREGORY D. MILLER** |

Gregory D. Miller declares pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Rivkin Radler LLP, counsel for Defendant, Sound United, LLC ("Defendant"), in this action. Rivkin Radler LLP maintains an office in New Jersey at 25 Main Street, Court Plaza North, Suite 501 Hackensack, New Jersey 07601 and has complied with all applicable laws in establishing and maintaining offices in New Jersey.

2. I am a member in good standing of the Bar of the State of New Jersey, as well as the United States District Court for the District of New Jersey.

3. I submit this Declaration in support of Defendant's application pursuant to Local Civil Rule 101.1 of the United States District Court for the District of New Jersey for the *pro hac vice* admissions of Irfan A. Lateef and Matthew Pham of the law firm Knobbe Martens Olson and Bear LLP.

4. I will ensure that Mr. Lateef and Mr. Pham comply with Local Civil Rule 101.1.

5. I read the Declarations of Mr. Lateef and Mr. Pham in support of this application and, to the best of my knowledge, information and belief, the Declarations are accurate.

6. Plaintiff has no objection to this application.

7. I and others from my firm appearing in this matter on behalf of Defendant shall comply with Local Civil Rule 101.1. I, or another attorney from the New Jersey office of my firm who is licensed to practice in the United States District Court for the District of New Jersey, will continue to file papers, enter appearances, sign stipulations on behalf of Defendant and otherwise be responsible for this matter. All notices, orders and pleadings may be served upon me at the offices of Rivkin Radler LLP, 25 Main Street, Court Plaza North, Suite 501 Hackensack, New Jersey 07601.

8. I will be responsible for the conduct of Mr. Lateef and Mr. Pham.

9. Pursuant to the rules of this Court, it is respectfully requested that this Court approve the *pro hac vice* admissions of Mr. Lateef and Mr. Pham for the reasons set forth in their Declarations.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 12, 2023

By: *s/ Gregory D. Miller*
Gregory D. Miller