Gregory D. Miller
Timothy P. Gonzalez
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601
Telephone: (201) 287-2460
Facsimile: (201) 489-0495
Gregory.Miller@rivkin.com
Timothy.Gonzalez@rivkin.com

Irfan A. Lateef (to be admitted *pro hac vice*)
Matthew Pham (to be admitted *pro hac vice*)
**KNOBBE MARTENS OLSON AND BEAR LLP**
2040 Main Street, 14th Floor
Irvine, California 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
Irfan.Lateef@knobbe.com
Matthew.Pham@knobbe.com

*Attorneys for Defendant, Sound United, LLC.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Patent Armory Inc.,<br><br>                    Plaintiff,<br><br>          v.<br><br>Sound United, LLC<br><br>                    Defendant. | C.A. No.: 2:23-cv-04379 (EP)(MAH)<br><br>**DECLARATION OF<br>IRFAN A. LATEEF** |

I, Irfan A. Lateef, of full age, hereby declare and state as follows:

1.      I am a partner at the law firm Knobbe Martens Olson and Bear LLP, 2040 Main Street, Irvine, California 92614.  I make this Declaration in support of my application pursuant to Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey for admission to this Court *pro hac vice* for the purpose of representing Defendant, Sound United, LLC ("Defendant").

2.      I received a Juris Doctor from Georgetown University in 1999, a Master of Science in Biomedical Engineering from Northwestern University in 1996, and a Bachelor of Science in Electrical Engineering from the University of Illinois at Urbana-Champaign in 1993.

3.      I was admitted to the State Bar of California in December 1999, the Supreme Court of the United States in January 2006,  the United States Court of Appeals for the Federal Circuit in October 2000, the United States Court of Appeals for the Ninth Circuit in November 2006, the United States District Court for the Central District of California in February 2000, the United States District Court for the Northern District of California in August 2000, the United States District Court for the Southern District of California in July 2002, the United States District Court for the Eastern District of California in June 2007, the United States District Court for the Eastern District of Texas in July 2007, and the United States Patent and Trademark Office in August 2002.

4.      No disciplinary proceedings are pending against me in any jurisdiction.

5.      No discipline has been previously imposed against me in any jurisdiction.

6.      The names and addresses of the official or office maintaining the roll of the members of each bar to which I am a member are as follows:

State Bar of California
845 S. Figueroa Street
Los Angeles, CA 90017

Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

United States Court of Appeals, Federal Circuit
Office of the Clerk
717 Madison Place, N.W.
Washington, D.C. 20439

United States Court of Appeals, Ninth Circuit
Office of the Clerk
95 Seventh Street
San Francisco, CA 94103

United States District Court, Central District of California
Office of the Clerk
First Street U.S. Courthouse
350 W 1st Street, Suite 4311
Los Angeles, CA 90012

United States District Court, Northern District of California
Office of the Clerk
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102

United States District Court, Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, CA 92101

United States District Court, Eastern District of California
Office of the Clerk
501 "I" Street, 4th Floor
Sacramento, CA 95814

United States District Court, Eastern District of Texas
United States District Clerk
Sam B. Hall Jr. Federal Building and United States Courthouse
100 East Houston Street Room 125
Marshall, Texas 75670

U.S. Patent and Trademark Office
Office of Enrollment and Discipline
P.O. Box 1450
Alexandria, VA 22313

7.      Defendant retained declarant to litigate and defend against claims brought by

Plaintiff, Patent Armory Inc.

8.      I am associated in the litigation of this action with Gregory D. Miller of Rivkin

Radler LLP, 25 Main Street, Court Plaza North, Suite 501, Hackensack, New Jersey 07601, who

is admitted to practice in this Court and in the State of New Jersey, and who is the counsel of

record for Defendant.  I am thus associated in this matter with a New Jersey counsel of record as

required by New Jersey Rule of Court 1:21-2(a)(1).

9.      I agree that I shall abide by the rules governing this Court and am subject to disciplinary action, the jurisdiction of this Court, and the New Jersey State Bar in all respects as if I were a regularly admitted and licensed member of the Bar of the State of New Jersey in good standing.

10.      I will notify the Court immediately of any matter affecting my standing at the Bar of any other Court.

11.      I agree that I will make the required payment to the Clerk of the United States District Court as provided by Local Civil Rule 101.1(c)(3).

12.      I agree to have all pleadings, briefs, and other papers filed with the Court signed by Gregory D. Miller, Esq. or another attorney from the New Jersey office of Rivkin Radler LLP.

13.      I agree that I will otherwise comply with Local Civil Rule 101.1(c).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 11, 2023

Irfan A. Lateef