<table>
<tr><td>

Gregory D. Miller
Timothy P. Gonzalez
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601
Telephone: (201) 287-2460
Facsimile: (201) 489-0495
Gregory.Miller@rivkin.com
Timothy.Gonzalez@rivkin.com

</td><td>

Irfan A. Lateef (to be admitted *pro hac vice*)
Matthew Pham (to be admitted *pro hac vice*)
**KNOBBE MARTENS OLSON AND BEAR LLP**
2040 Main Street, 14th Floor
Irvine, California 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
Irfan.Lateef@knobbe.com
Matthew.Pham@knobbe.com

</td></tr>
</table>

*Attorneys for Defendant, Sound United, LLC.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Patent Armory Inc.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Sound United, LLC<br><br>　　　　　　　Defendant. | C.A. No.: 2:23-cv-04379 (EP)(MAH)<br><br>**DECLARATION OF<br>MATTHEW PHAM** |

I, Matthew Pham, of full age, hereby declare and state as follows:

1.　　I am an associate at the law firm Knobbe Martens Olson and Bear LLP, 2040 Main Street, Irvine, California 92614.  I make this Declaration in support of my application pursuant to Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey for admission to this Court *pro hac vice* for the purpose of representing Defendant, Sound United, LLC ("Defendant").

2. I received a Juris Doctor from the University of Illinois College of Law in 2021 and a Bachelor of Applied Science in Materials Science and Engineering from the University of Toronto in 2018.

3. I was admitted to the State Bar of California in November 2021.

4. No disciplinary proceedings are pending against me in any jurisdiction.

5. No discipline has been previously imposed against me in any jurisdiction.

6. The names and addresses of the official or office maintaining the roll of the members of each bar to which I am a member are as follows:

> State Bar of California
> 845 S. Figueroa Street
> Los Angeles, CA 90017

7. Defendant retained declarant to litigate and defend against claims brought by Plaintiff, Patent Armory Inc.

8. I am associated in the litigation of this action with Gregory D. Miller of Rivkin Radler LLP, 25 Main Street, Court Plaza North, Suite 501, Hackensack, New Jersey 07601, who is admitted to practice in this Court and in the State of New Jersey, and who is the counsel of record for Defendant. I am thus associated in this matter with a New Jersey counsel of record as required by New Jersey Rule of Court 1:21-2(a)(1).

9. I agree that I shall abide by the rules governing this Court and am subject to disciplinary action, the jurisdiction of this Court, and the New Jersey State Bar in all respects as if I were a regularly admitted and licensed member of the Bar of the State of New Jersey in good standing.

10. I will notify the Court immediately of any matter affecting my standing at the Bar of any other Court.

11. I agree that I will make the required payment to the Clerk of the United States District Court as provided by Local Civil Rule 101.1(c)(3).

12. I agree to have all pleadings, briefs, and other papers filed with the Court signed by Gregory D. Miller, Esq. or another attorney from the New Jersey office of Rivkin Radler LLP.

13. I agree that I will otherwise comply with Local Civil Rule 101.1(c).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 11th, 2023

_____
Matthew Pham