| | |
|---|---|
| Gregory D. Miller<br>Timothy P. Gonzalez<br>**RIVKIN RADLER LLP**<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, New Jersey 07601<br>Telephone: (201) 287-2460<br>Facsimile: (201) 489-0495<br>Gregory.Miller@rivkin.com<br>Timothy.Gonzalez@rivkin.com | Irfan A. Lateef (to be admitted *pro hac vice*)<br>Matthew Pham (to be admitted *pro hac vice*)<br>**KNOBBE MARTENS OLSON AND BEAR LLP**<br>2040 Main Street, 14th Floor<br>Irvine, California 92614<br>Telephone: (949) 760-0404<br>Facsimile: (949) 760-9502<br>Irfan.Lateef@knobbe.com<br>Matthew.Pham@knobbe.com |

*Attorneys for Defendant, Sound United, LLC.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Patent Armory Inc,<br><br>            Plaintiff,<br><br>v.<br><br>Sound United, LLC<br><br>            Defendant. | C.A. No.: 2:23-cv-04379 (EP)(MAH)<br><br>**PROPOSED ORDER** |

**THIS MATTER** having been opened to the Court by Defendant, Sound United, LLC ("Defendant"), by and through their counsel Rivkin Radler LLP, for an Order admitting Irfan A. Lateef and Matthew Pham of the law firm Knobbe Martens Olson and Bear LLP *pro hac vice*; and the Court having considered the papers submitted and for good cause shown:

**IT IS** on this _____ day of _____, 2023;

**ORDERED** that pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey, Irfan A. Lateef and Matthew Pham are hereby admitted *pro hac vice* in the above matter;

**IT IS FURTHER ORDERED** that Irfan A. Lateef and Matthew Pham shall:

1. Remain associated in this matter with Gregory D. Miller, who is an attorney duly admitted to and in good standing with the Bars of the State of New Jersey and the United States District Court for the District of New Jersey, or another attorney from the New Jersey office of Rivkin Radler LLP, who is licensed to practice in the United States District Court for the District of New Jersey;

2. Abide by the Rules of Practice of the United States District Court for the District of New Jersey, including all disciplinary rules as set forth in Local Civil Rule 101.1, *et seq.*;

3. Notify the Court immediately of any matters affecting their standing at the Bar of any other Court; and

4. Have all pleadings, briefs and other papers filed with the Court signed by Gregory D. Miller, or another attorney from the New Jersey office of Rivkin Radler LLP who is licensed to practice in the United States District Court for the District of New Jersey, who shall be held responsible for those pleadings, briefs and other papers and for the conduct of the admitted attorneys herein; and

**IT IS FURTHER ORDERED** that Irfan A. Lateef and Matthew Pham shall:

5. Make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and Local Civil Rule 101.1(c)(2) for any year in which they represent a client in a matter pending before this Court; and

6. Make payment of $150.00 to the Clerk, United States District Court for admission to appear *pro hac vice* as provided in Local Civil Rule 101.1(c)(3).

_____
HONORABLE MICHAEL A. HAMMER, U.S.M.J.