| | |
|---|---|
| Gregory D. Miller<br>Timothy P. Gonzalez<br>**RIVKIN RADLER LLP**<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, New Jersey 07601<br>Telephone: (201) 287-2460<br>Facsimile: (201) 489-0495<br>Gregory.Miller@rivkin.com<br>Timothy.Gonzalez@rivkin.com | Irfan A. Lateef (to be admitted *pro hac vice*)<br>Matthew Pham (to be admitted *pro hac vice*)<br>**KNOBBE MARTENS OLSON AND BEAR LLP**<br>2040 Main Street, 14th Floor<br>Irvine, California 92614<br>Telephone: (949) 760-0404<br>Facsimile: (949) 760-9502<br>Irfan.Lateef@knobbe.com<br>Matthew.Pham@knobbe.com |

*Attorneys for Defendant, Sound United, LLC.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Patent Armory Inc.,<br><br>             Plaintiff,<br><br>       v.<br><br>Sound United, LLC<br><br>             Defendant. | C.A. No.: 2:23-cv-04379 (EP)(MAH)<br><br>**CERTIFICATE OF SERVICE** |

I certify that on this day I caused to be filed with the Court and served upon all counsel of record via the ECF System the following:

    a.    Letter to the Hon. Matthew A. Hammer, U.S.M.J. seeking *pro hac vice* admission of Irfan A. Lateef and Matthew Pham;

    b.    Declaration of Gregory D. Miller;

    c.    Declaration of Irfan A. Lateef in support of admission *pro hac vice*;

    d.    Declaration of Matthew Pham in support of admission *pro hac vice*;

    e.    Proposed Order admitting Irfan A. Lateef and Matthew Pham *pro hac vice*; and

   f.  Certificate of Service.

Dated:  October 12, 2023

By: *s/ Gregory D. Miller*
Gregory D. Miller
