| | |
|---|---|
| Gregory D. Miller<br>Timothy P. Gonzalez<br>**RIVKIN RADLER LLP**<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, New Jersey 07601<br>Telephone: (201) 287-2460<br>Facsimile: (201) 489-0495<br>Gregory.Miller@rivkin.com<br>Timothy.Gonzalez@rivkin.com | Irfan A. Lateef (admitted *pro hac vice*)<br>Matthew Pham (admitted *pro hac vice*)<br>**KNOBBE MARTENS OLSON AND BEAR LLP**<br>2040 Main Street, 14th Floor<br>Irvine, California 92614<br>Telephone: (949) 760-0404<br>Facsimile: (949)760-9502<br>Irfan.Lateef@knobbe.com<br>Matthew.Pham@knobbe.com |

*Attorney for Defendant, Sound United, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Patent Armory Inc.,<br><br>        Plaintiff,<br><br>        v.<br><br>Sound United, LLC<br><br>        Defendant. | C.A. No.: 2:23-cv-04379 (EP)(MAH) |

**SOUND UNITED, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sound United, LLC ("Sound United"), by and through its attorneys, hereby states as follows:

Sound United, LLC is a wholly owned subsidiary of Masimo Corporation, which is a publicly traded company.

Respectfully submitted,

Dated: October 23, 2023      By: *s/ Gregory D. Miller*

    Gregory D. Miller
    Timothy P. Gonzalez
    **RIVKIN RADLER LLP**
    25 Main Street
    Court Plaza North, Suite 501
    Hackensack, New Jersey 07601
    Telephone: (201) 287-2460
    Facsimile: (201) 489-0495
    Gregory.Miller@rivkin.com
    Timothy.Gonzalez@rivkin.com

    Of Counsel:

    Irfan A. Lateef (admitted *pro hac vice*)
    Matthew Pham (admitted *pro hac vice*)
    **KNOBBE, MARTENS, OLSON & BEAR, LLP**
    2040 Main Street, Fourteenth Floor
    Irvine, California 92614
    Telephone: (949) 760-0404
    Facsimile: (949) 760-9502
    Irfan.Lateef@knobbe.com
    Steve.Jensen@knobbe.com

    *Attorneys for Defendant, Sound United, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **SOUND UNITED, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** was served on all counsel of record on this date via CM/ECF.

Dated: October 23, 2023              By: *s/ Gregory D. Miller*
                                             Gregory D. Miller