# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PATENT ARMORY INC., | * | |
| | * | |
| Plaintiff, | * | Civil No. 2:23-cv-04379-EP-MAH |
| v. | * | |
| | * | **NOTICE OF MOTION FOR** |
| SOUND UNITED, LLC, | * | **ADMISSION PRO HAC VICE OF** |
| | * | **ISAAC RABICOFF** |
| Defendant, | * | |
| | * | |

**PLEASE TAKE NOTICE**, that at the convenience of the court, Garibian Law Offices, P.C., attorneys for Plaintiff, moves pursuant to Local Civil Rule 101.1(c), for an Order permitting Isaac Rabicoff, Esq. to participate pro hac vice in the above-referenced matter; and

**PLEASE TAKE FURTHER NOTICE** that the moving party shall rely upon the accompanying declaration of Isaac Rabicoff dated November 3, 2023.

**GARIBIAN LAW OFFICES, P.C.**

/s/Antranig Garibian
Antranig Garibian, Esq.
Attorney No.: 008492005
1800 JFK Boulevard, Suite 300
Philadelphia, PA 19103
Phone: (215) 326-9179
Email: ag@garibianlaw.com
*Attorneys for Plaintiff*