**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| PATENT ARMORY INC., | * | |
| | * | |
| Plaintiff, | * | Civil No. 2:23-cv-04379-EP-MAH |
| v. | * | |
| | * | **DECLARATION OF ISAAC** |
| SOUND UNITED, LLC, | * | **RABICOFF, ESQ. IN SUPPORT** |
| | * | **OF MOTION FOR ADMISSION** |
| Defendant, | * | **PRO HAC VICE** |
| | * | |

I, ISAAC RABICOFF, ESQ., do hereby declare as follows:

1. I am the managing partner of the law firm of Rabicoff Law LLC and intend to serve as co-counsel for Plaintiff in the above-captioned matter. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Declaration in support of Plaintiff's application for my admission pro hac vice pursuant to Local Civil Rule 101.1(c).

2. I am an attorney admitted to practice in the State of Illinois.  Attached hereto is a certificate of my good standing issued by the Illinois Supreme Court issued within 30 days of today.

3. I am willing to submit to the jurisdiction of this Court and to comply with all its rules and procedures. To ensure my familiarity with these regulations I have reviewed the local rules of this Court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I agree to abide by the ethical standards governing the practice of law in this Court pursuant to the New Jersey State Lawyer's Code of Professional Responsibility.

7. Pursuant to the rules of this Court, all pleadings submitted on behalf of Plaintiff in this litigation will be signed by the firm of Garibian Law Offices, P.C., attorneys of record for Plaintiff.

8. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pretrial conferences, trial or other proceedings. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or any other action as the Court may deem proper.

9. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2.

10.     Pursuant to Local Civil Rule 101.1(c)(3), I agree to pay the required fee to the Clerk of the United States District Court for the District of New Jersey.

11. In light of the foregoing, I respectfully request on behalf of Plaintiff that I be admitted pro hac vice for the purpose of representing Plaintiff in this matter in association with New Jersey counsel. I agree to be bound by the rules governing practice in the New Jersey Courts, including the disciplinary rules.

12. I declare under penalty of perjury that the foregoing statements made by me are true and correct.

November 3, 2023

*s/ Isaac Rabicoff*
Isaac Rabicoff, Esq.
Rabicoff Law LLC
600 Mamaroneck Ave STE 400
Harrison, NY 10528
Tel. (773) 669-4590
issac@rabilaw.com
***Attorney for Plaintiff***

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Isaac Philip Rabicoff

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 10/31/2013 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 17th day of October, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois